# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED
OCT 15 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

|  |  |
|---|---|
| United States of America ) <br> vs. ) <br> Elizabeth Roberta Beauford ) | Case No. 1:07-CR-00057 OWW |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Elizabeth Roberta Beauford__, have discussed with _____Dan Stark_____, Pretrial Services Officer, modifications of my release conditions as follows:

That the following conditions of release be added: You shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer;

All previous conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_  9/28/07          _[signature]_  10/11/2007
Signature of Defendant   Date    Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                                       10/15/07
Signature of Assistant United States Attorney        Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                                       10-15-07
Signature of Defense Counsel                         Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on __Oct. 15, 2007__

☐ The above modification of conditions of release is *not* ordered.

_[signature]_ SM SNYDER                              10/15/07
Signature of Judicial Officer                        Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services