1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California  93721
   Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:07-CR-0057-0WW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE HEARING and ORDER |
| v. | ) | |
| ELIZABETH ROBERTA BEAUFORD, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and Richard A. Beshwate, Jr., Attorney for Defendant, that Sentencing as to Elizabeth Roberta Beauford presently set for February 19, 2009, at 9:00 a.m., may be continued to April 21, 2008, at 9:00 a.m.

///
///
///
///
///
///

1

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: February 14, 2008      By      /s/ Stanley A. Boone
                                      STANLEY A. BOONE
                                      Assistant U.S. Attorney


DATE: February 14, 2008       By      /s/ Richard A. Beshwate, Jr.
                                      RICHARD A. BESHWATE, JR
                                      Attorney for Elizabeth Roberta Beauford

**ORDER**

IT IS SO ORDERED.

**Dated:   February 15, 2008**            **/s/ Oliver W. Wanger**
                                      UNITED STATES DISTRICT JUDGE