**RICHARD A. BESHWATE, JR. 179782**
Attorney at Law
2014 Tulare Street, Suite 414
Fresno, CA  93721
Telephone:  559.266.5000
Facsimile: 559.266.0507

Attorney for Defendant, ELIZABETH BEAUFORD

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NUMBER: 1:07-cr-00057 OWW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER FOR |
| v. | ) | RESETTING HEARING |
| | ) | |
| ELIZABETH BEAUFORD, | ) | Date: MAY 12, 2008 |
| | ) | Time: 9:00 a.m.. |
| Defendant. | ) | Courtroom: Hon. Oliver W. Wanger |
| | ) | |

    IT IS HEREBY STIPULATED between plaintiff, the United States of America, and the defendant ELIZABETH BEAUFORD by and through her attorney, that the Sentencing Hearing set for Monday, May 12, 2008, at 9:00 a.m. be vacated and set on **AUGUST 25, 2008**, at 9:00 a.m.

    Time is to be excluded due to my unavailability pursuant to 18 USC 3161.

                                                                  Respectfully submitted,

DATED: May 6, 2008                                       /s/   Richard A. Beshwate, Jr.
                                                            RICHARD A. BESHWATE, JR.
                                                            Attorney for Defendant,
                                                            ELIZABETH BEAUFORD

///

U.S. v. ELIZABETH BEAUFORD, et al.
STIPULATION AND ORDER FOR  RESETTING SENTENCING
CASE NUMBER: 1:07-cr-00057 OWW                                        1

1  DATED: May 6, 2008                         /s/   Stanley Boone
                                              STANLEY BOONE, AUSA
2

3                                   **Approved verbally by all parties on May 6, 2008**

4

5

6                                        **ORDER**

7       In accordance with the stipulation, IT IS HEREBY ORDERED that the Sentencing Hearing set

8  for Monday, May 12, 2008, at 9:00 a.m. is VACATED and RESET for AUGUST 25, 2008, at 9:00

9  a.m.  Time is excluded pursuant to 18 USC 3161.

10

11  IT IS SO ORDERED.

12  **Dated:    May 7, 2008**                  /s/ **Oliver W. Wanger**
                                               UNITED STATES DISTRICT JUDGE